**Case: 1:14-cv-05930 Document #: 35-1 Filed: 01/12/15 Page 1 of 1 PageID #:194**




United States

Client Login | Contact Us | Careers



Home / About Us / Technology

E-mail Page | Print Page

### What We Do

AllianceOne is a full service, broad spectrum provider of Accounts Receivable Management, Outsourcing and Call Center solutions. *More>*

### Technology

Our advanced system and telephony infrastructure adapts rapidly to meet your information technology needs. *More>*

### Client Bill of Rights

Promises are cheap and creditors have been discounting them since the inception of our industry. *More>*

## Technology

**Our advanced system and telephony infrastructure adapts rapidly to meet your information technology needs.**

AllianceOne's IP based integrated information technologies capabilities include:

- High Capacity series servers
- NT and UNIX based operating systems
- Redundant server configuration
- Comprehensive backup & disaster recovery capabilities
- Company wide predictive dialer stations

Having the right software, with sufficient processing and storage capacity, is only a small part of the picture. AllianceOne also provides a quality servicing process employing diligent recovery programs and utilizing numerous best practice data enhancement resources.

AllianceOne offers skilled in-house programming capabilities.

- Custom interfaces
- Comprehensive reporting
- Media conversion
- System to system and Internet connectivity

All AllianceOne systems include comprehensive security protocols incorporating firewall and encryption security elements.

Portfolio based analytics help create custom strategies that deliver excellent results. AllianceOne utilizes its proprietary scoring analysis to improve portfolio liquidity.

---

AllianceOne | Contact Alliance One
© Copyright 2001-2008 AllianceOne Inc.| Site Map | Legal Statement



215-354-5511 | fax: 215-396-7255
info@allianceoneinc.com