**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WAYNE H. NORMAN, ) | |
| ) | |
| Plaintiff, ) | Case No: 14-CV-05930 |
| ) | |
| v. ) | Judge Edmond Chang |
| ) | |
| ALLIANCEONE RECEIVABLES ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION**

Defendant AllianceOne Receivables Management, Inc. ("Defendant"), by counsel, responds to Plaintiff Wayne Norman's ("Plaintiff") First Requests for Admission, pursuant to Federal Rule of Civil Procedure 36, as follows:

**REQUESTS FOR ADMISSION**

1. AllianceOne Receivables Management, Inc. advertises having "company-wide predictive dialer stations" on its webpage.

**ANSWER:** Admitted.

2. AllianceOne Receivables Management, Inc. uses its "company-wide predictive dialers" to contact debtors.

**ANSWER:** AllianceOne admits that it uses "company-wide predictive dialers" to contact certain debtors at certain telephone numbers. AllianceOne denies the remaining matters asserted in this request.

3. AllianceOne Receivables Management, Inc.'s company-wide predictive dialers are an "automatic telephone dialing system" within the meaning of the FCC 2008 Order, January 4, 2008.

**ANSWER:** Denied.

4. That the company-wide predictive dialers AllianceOne Receivables