Case: 1:14-cv-05930 Document #: 35-3 Filed: 01/12/15 Page 1 of 3 PageID #:196



# Public Utility Commission of Texas

## ADAD Report

### ALLIANCEONE RECEIVABLES MANAGEMENT INC

Permit No: 060388

**Type:** ADAD
**Permit Approved Date:** 11/2/2006
**Date Last Renewed:** 11/2/2014

**DBA Names**

ALLIANCEONE

**Contact Information**

*Mailing / PO Box*  (Mailing Address)
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
4850 STREET ROAD
SUITE 300
TREVOSE,PA 19053
**Email:**  Roy.Buchholz@allianceoneinc.com
**Phone:** 651-255-2001
**Fax:** 800-501-4743

*Company / Physical*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
JAIME AWOYINKA
3000 AMES CROSSING ROAD
SUITE 750
EAGAN,MN 55121
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2133
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
4850 STREET ROAD
SUITE 300
TREVOSE,PA 19053
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001

*ADAD Physical Address*
** COPY RECORD ** ALLIANCEONE
RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
4850 STREET ROAD
SUITE 300
TREVOSE,PA 19053
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:**  Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Fax:** 800-501-4743

**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
4850 STREET ROAD
LEVEL 3
TREVOSE,PA 19053
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
7311 QUALITY CIRCLE DR
ANDERSON,IN 46013
**Email:** Jaime.Awoyinka@allianceoninc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1684 WOODLANDS DRIVE
SUITE 1510
MAUMEE,OH 43537
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1684 WOODLANDS DRIVE
SUITE 1510
MAUMEE,OH 43537
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
7311 QUALITY CIRCLE DR
ANDERSON,IN 46013
**Email:** Jaime.Awoyinka@allianceoninc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1684 WOODLANDS DRIVE
SUITE 1510
MAUMEE,OH 43537
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
300-1220 SHEPPARD AVE E
TORONTO,00 M2K2S5
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
1684 WOODLANDS DRIVE
SUITE 1510
MAUMEE,OH 43537
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
7311 QUALITY CIRCLE DR
ANDERSON,IN 46013
**Email:** Jaime.Awoyinka@allianceoninc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCHHOLZ
7311 QUALITY CIRCLE DR
ANDERSON,IN 46013
**Email:** Jaime.Awoyinka@allianceoninc.com
**Phone:** 651-255-2001
**Toll Free:** 866-834-4950
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCKHOLZ
1991 S 4650 W
SALT LAKE CITY,UT 84104
**Email:** Jaime.Awoyinka@allianceoneinc.com
**Phone:** 651-255-2001
**Fax:** 800-501-4743

*ADAD Physical Address*
ALLIANCEONE RECEIVABLES MANAGEMENT INC
ROY BUCKHOLZ
930 BLUE GENTIAL ROAD

Case: 1:14-cv-05930 Document #: 35-3 Filed: 01/12/15 Page 3 of 3 PageID #:198

SUITE 100  
EAGAN,MN 55121  
**Email:** Jaime.Awoyinka@allianceoneinc.com  
**Phone:** 651-255-2001  
**Fax:** 651-675-3910  

## Reports

2014  
**ADAD Annual Report**  
**Submitted:** 8/14/2014  
**Approved:** 8/15/2014  

2013  
**ADAD Annual Report**  
**Submitted:** 6/20/2013  
**Approved:** 7/19/2013  

2012  
**ADAD Annual Report**  
**Submitted:** 7/23/2012  
**Approved:** 7/26/2012  

2011  
**ADAD Annual Report**  
**Submitted:** 10/31/2011  
**Approved:** 11/16/2011  

2010  
**ADAD Annual Report**  
**Submitted:** 7/26/2010  
**Approved:** 7/28/2010  

2009  
**ADAD Annual Report**  
**Submitted:** 8/20/2009  
**Approved:** 9/1/2009  

2008  
**ADAD Annual Report**  
**Submitted:** 8/25/2008  
**Approved:** 9/10/2008  

2007  
**ADAD Annual Report**  
**Submitted:** 8/29/2007  
**Approved:** 6/10/2011  

*End Report*