

Pursuant to PUC Substantive Rule § 26.125

# *<u>Instructions</u> for Application for a Texas Permit to Operate an Automatic Dial Announcing Device (ADAD)*

**General Instructions**

**Permit Required**

A person may not use an ADAD to make a telephone call in which the device plays a recorded message when the connection is completed unless the person has a permit. A permit is required for an ADAD that is used to make a telephone call that originates or terminates in the state of Texas.

**Definitions**

- *ADAD* – any automated equipment used for telephone solicitation or collection that (1) is capable of storing telephone numbers to be called or has a random or sequential number generator capable of producing numbers to be called and (2) alone or in conjunction with other equipment, can convey a prerecorded or synthesized voice message to the number called without the use of a live operator.
- *Telephone Solicitation* – to make an unsolicited call.

**New Permit procedures**

New ADAD permit seekers are required to submit the Texas Permit to Operate an Automatic Dial Announcing Device (ADAD) application. New ADAD permit seekers must submit a $50 fee (a check made out to the Public Utility Commission of Texas) with each new ADAD permit application. An ADAD permit is valid for one year after its date of issuance. New ADAD permit requests shall be made by completing the form approved by the Commission, which shall be verified by oath or affirmation of the registering party. Permit application forms may be obtained from the Central Records division of the Public Utility Commission of Texas or downloaded from the Commission website at www.puc.texas.gov. Subject to the Commission's Procedural Rules, the completed permit form should be filed with

Public Utility Commission of Texas
Attention: Central Records
1701 N. Congress Avenue
P.O. Box 13326
Austin, Texas 78711-3326

Submit the <u>original and 3 copies</u> of the form (<u>not the instructions</u>).

**Renewal Permit procedures**

**A permit approved by the PUC is valid for one year after its date of issuance.** In order to continue registration, a permit holder must submit an ADAD permit renewal form along with a $15 renewal fee which must be filed at least 90 days prior to the expiration date of the current ADAD permit. Failure to timely file an ADAD renewal form will render the renewal application invalid. If a permit is still desired after the renewal expiration date, the ADAD permit holder will have to submit a new ADAD permit application along with the $50 permit fee instead of the $15 renewal fee. Renewal permit requests shall be made by using the ADAD renewal application that can be found on the Commission website at https://www.puc.texas.gov/portal/PortalHelp.aspx.